```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  DENNIS S. WAKS, Bar #142581
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    DERRICK JAMES KENNEDY
 7
```

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| 11 | UNITED STATES OF AMERICA, ) | No. Cr.S. 09-488-MCE |
| 12 | Plaintiff, ) | |
| 13 | v. ) | STIPULATION TO CONTINUE ARRAIGNMENT AND WAIVING TIME |
| 14 | DERRICK JAMES KENNEDY, ) | Date: November 23, 2009 |
| 15 | Defendant. ) | Time: 2:00 p.m. |
| | | Judge: Hon. Dale A. Drozd |
| 16 | _____ ) | |

17

18   Mr. Kennedy has an arraignment scheduled for November 19, 2009.
19 He has been Indicted.  The parties ask that this court continue the
20 arraignment to November 23, 2009.  The parties also agree that time
21 beginning November 19, 2009, and extending through November 23, 2009,
22 should be excluded from the calculation of time under the Speedy Trial
23 Act.  Further, the Defendant consents to an extension of the time for
24 an arraignment until November 23, 2009. Fed. R. Crim. P. 5.1(d).  The
25 parties submit that the ends of justice are served by the Court
26 excluding such time, so that they may have reasonable time necessary
27 for effective preparation, taking into account the exercise of due
28 diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  In particular, the time is

1  required so that the parties can discuss a proposed disposition and
2  conduct investigation.

3  The parties stipulate that this interest of justice outweighs the
4  interest of the public and the defendant in a speedy arraignment, 18
5  U.S.C. §§ 3161(b)(h)(7)(A), and further that this good cause outweighs
6  the public's interest in the prompt disposition of criminal cases.
7  Fed. R. Crim. P. 5.1(d).

8  The parties further request that this matter be taken off calendar
9  and re-set for November 23, 2009 at 2:00 p.m.  Also, defense counsel
10 does not oppose the government's request for a continuance of the bail
11 review until November 23, 2009.

                                    Respectfully Submitted,

                                    DANIEL J. BRODERICK
                                    FEDERAL DEFENDER


DATE: November 18, 2009             /s/ DENNIS S. WAKS
                                    DENNIS S. WAKS
                                    Supervising Assistant Federal Defender
                                    Attorney for Derrick Kennedy


                                    BEN WAGNER
                                    United States Attorney


DATE: November 18, 2009   By:       /s/ Dennis S. Waks for
                                    ELLEN ENDRIZZI
                                    Assistant U.S. Attorney

SO ORDERED.

11/18/09
                                    HON. DALE A. DROZD
                                    U.S. Magistrate Judge


Motion for Bail Review              -2-