```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  DENNIS S. WAKS, Bar #142581
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    DERRICK JAMES KENNEDY
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. Cr.S. 09-488-MCE |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION TO CONTINUE BAIL |
| v. | ) HEARING |
| | ) |
| DERRICK JAMES KENNEDY, | ) Date: January 12, 2010 |
| | ) Time: 10:00 a.m. |
| Defendant. | ) Judge: Hon. Dale A. Drozd |
| | ) |

Defendant DERRICK KENNEDY, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender and the United States Government, by and through its counsel, ELLEN ENDRIZZI, Assistant United States Attorney, hereby stipulate that the bail hearing set for November 25, 2009, at 11:00 a.m. be continued to January 12, 2010, at

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1 | 10:00 a.m.   Pretrial Service Officer, Steve Sheehan has been advised of
2 | this request.

                                      Respectfully Submitted,

                                      DANIEL J. BRODERICK
                                      FEDERAL DEFENDER

DATE: November 24, 2009      /s/ DENNIS S. WAKS
                                      DENNIS S. WAKS
                                      Supervising Assistant Federal Defender
                                      Attorney for Derrick Kennedy

                                      BEN WAGNER
                                      United States Attorney

DATE: November 24, 2009  By:  /s/  Dennis S. Waks for
                                      ELLEN ENDRIZZI
                                      Assistant U.S. Attorney

**SO ORDERED.**

    11/24/09

                                        /s/ Dale A. Drozd
                                      HON. DALE A. DROZD
                                      U.S. Magistrate Judge