1 DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
3 801 I Street, 3rd Floor
Sacramento, California 95814
4 Telephone: (916) 498-5700

5 Attorney for Defendant
DERRICK KENNEDY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:09-cr-00488-MCE |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION AND ORDER RE:** |
| | ) | **CONTINUANCE OF STATUS HEARING AND** |
| v. | ) | **FINDINGS OF EXCLUDABLE TIME** |
| DERRICK KENNEDY, | ) | DATE: February 25, 2010 |
| | ) | TIME: 9:00 a.m. |
| Defendant. | ) | JUDGE: Hon. Morrison C. England |

DERRICK KENNEDY, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, ELLEN ENDRIZZI, Assistant United States Attorney, hereby agree that the status conference set for January 7, 2010, be continued for a status conference on February 25, 2010, at 9:00 a.m.  This continuance is requested because counsel for the defendant requires additional time to obtain and review discovery, continue our investigation, and to interview our client and other witnesses.  The defendant in this case consents to this continuance.

///

///

///

Counsel, along with the defendant agree that the time from the date of this order through February 25, 2010, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, §3161(h)(7)(B)(iv) and Local Code T4. [reasonable time to prepare].

DATED: January 4, 2010                Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

                                      /S/ Dennis S. Waks
                                      _____
                                      DENNIS S. WAKS
                                      Supervising Assistant Federal Defender
                                      Attorney for Defendant
                                      DERRICK KENNEDY

                                      BENJAMIN B. WAGNER
                                      United States Attorney

DATE: January 4, 2010
                                      /S/ Dennis S. Waks for

                                      _____
                                      ELLEN ENDRIZZI
                                      Assistant United States Attorney


**O R D E R**


IT IS SO ORDERED.

 Dated: January 13, 2010

                                      _____
                                      MORRISON C. ENGLAND, JR.
                                      UNITED STATES DISTRICT JUDGE

2