```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DERRICK KENNEDY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR.S. 09-0488-MCE |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER RE:** |
| ) | **CONTINUANCE OF STATUS HEARING AND** |
| v. ) | **FINDINGS OF EXCLUDABLE TIME** |
| ) | |
| DERRICK KENNEDY, ) | DATE: April 1, 2010 |
| ) | TIME: 9:00 a.m. |
| Defendant. ) | JUDGE: Hon. Morrison C. England |
| ) | |
| _____ ) | |

DERRICK KENNEDY, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, ELLEN ENDRIZZI, Assistant United States Attorney, hereby agree that the status conference set for February 25, 2010, be continued for a status conference on April 1, 2010, at 9:00 a.m.  This continuance is requested because counsel for the defendant requires additional time to obtain and review discovery, continue our investigation, and to interview our client and other witnesses.  The defendant in this case consents to this continuance.

Counsel, along with the defendant agree that the time from the date of this order through April 1, 2010, should be excluded in computing the time within which trial must commence under the Speedy

Trial Act, §3161(h)(7)(B)(iv) and Local Code T4. [reasonable time to prepare].

DATED: February 22, 2010    Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/S/ Dennis S. Waks
_____
DENNIS S. WAKS
Supervising Assistant Federal Defender
Attorney for Defendant
DERRICK KENNEDY

BENJAMIN B. WAGNER
United States Attorney

DATE: February 22, 2010

/S/ Dennis S. Waks for
_____
ELLEN ENDRIZZI
Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: February 24, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2