DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DERRICK JAMES KENNEDY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR.S. 09-488-MCE |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER TO ADVANCE** |
| v. ) | **BAIL REVIEW HEARING** |
| ) | |
| DERRICK JAMES KENNEDY, ) | DATE: March 2, 2010 |
| ) | TIME: 10:00 a.m. |
| Defendant. ) | JUDGE: Hon. Dale A. Drozd |
| _____ ) | |

    Derrick James Kennedy, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, ELLEN ENDRIZZI, Assistant United States Attorney, hereby agree that the bail review hearing set for March 25, 2010, now be advanced to Tuesday, March 2, 2010, at 10:00 a.m. Pretrial Service Officer, Steve Sheehan, has been advised of the new court date.

DATED: February 26, 2010     Respectfully submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender

                                  /S/ Dennis S. Waks
                                  _____
                                  DENNIS S. WAKS
                                  Supervising Assistant Federal Defender
                                  Attorney for Defendant
                                  DERRICK JAMES KENNEDY

```
DATED:   February 26, 2010
                                BENJAMIN B. WAGNER
                                United States Attorney


                                /S/ Dennis S. Waks for
                                _____
                                ELLEN ENDRIZZI
                                Assistant United States Attorney
```

IT IS SO ORDERED.

DATED: February 26, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/kennedy0488.stipord

2