UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
March 2, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

UNITED STATES OF AMERICA, )
) Case No. CR. S-09-0488 MCE
Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
DERRICK JAMES KENNEDY, )
)
Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>DERRICK JAMES KENNEDY</u>, Case No. <u>CR. S-09-0488 MCE</u>, Charge <u>Title 18 USC § 2252</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__ Release on Personal Recognizance

X  Bail Posted in the Sum of $ _50,000.00 unsecured co-signed by parents_

X  Unsecured Appearance Bond

__ Appearance Bond with 10% Deposit

__ Appearance Bond with Surety

__ Corporate Surety Bail Bond

X  (Other) _Pretrial Services Supervision of conditions._

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released". _Defendant to be released on March 3, 2010, from U.S. Marshal's office in this building by 9:00 a.m. to Pretrial Services._

Issued at <u>Sacramento, CA</u> on <u>March 2, 2010</u> at _10:20_ am.

By _Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge