1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DENNIS S. WAKS, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   DERRICK KENNEDY
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,      )  NO. CR.S. 09-0488-MCE
11                                )
                 Plaintiff,       )  **STIPULATION AND ORDER RE:**
12                                )  **CONTINUANCE OF STATUS HEARING AND**
         v.                       )  **FINDINGS OF EXCLUDABLE TIME**
13                                )
   DERRICK KENNEDY,               )  DATE:  May 27, 2010
14                                )  TIME:  9:00 a.m.
                 Defendant.       )  JUDGE: Hon. Morrison C. England Jr.
15                                )
   _____  )
16
            DERRICK KENNEDY, by and through his counsel, DENNIS S. WAKS,
17
   Supervising Assistant Federal Defender, and the United States
18
   Government, by and through its counsel, ELLEN ENDRIZZI, Assistant
19
   United States Attorney, hereby agree that the status conference set for
20
   April 1, 2010, be continued for a status conference on May 27, 2010, at
21
   9:00 a.m.  This continuance is requested because counsel for the
22
   defendant requires additional time to obtain and review discovery,
23
   continue our investigation, and to interview our client and other
24
   witnesses.  The defendant in this case consents to this continuance.
25
            Counsel, along with the defendant agree that the time from the
26
   date of this order through May 27, 2010, should be excluded in
27
   computing the time within which trial must commence under the Speedy
28

Trial Act, §3161(h)(7)(A)and(B)(iv) and Local Code T4. [reasonable time to prepare].

DATED: March 30, 2010                Respectfully submitted,

                                              DANIEL J. BRODERICK
                                              Federal Defender

                                              /S/ Dennis S. Waks
                                              DENNIS S. WAKS
                                              Supervising Assistant Federal Defender
                                              Attorney for Defendant
                                              DERRICK KENNEDY

DATE: March 30, 2010                 BENJAMIN B. WAGNER
                                              United States Attorney

                                              /S/ Dennis S. Waks for
                                              ELLEN ENDRIZZI
                                              Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: March 31, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE