```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  DENNIS S. WAKS, Bar #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    DERRICK KENNEDY
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR.S. 09-0488-MCE |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER RE:** |
| ) | **CONTINUANCE OF STATUS HEARING AND** |
| v. ) | **FINDINGS OF EXCLUDABLE TIME** |
| ) | |
| DERRICK KENNEDY, ) | DATE: June 10, 2010 |
| ) | TIME: 9:00 a.m. |
| Defendant. ) | JUDGE: Hon. Morrison C. England Jr. |
| ) | |
| _____ ) | |

      DERRICK KENNEDY, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, ELLEN ENDRIZZI, Assistant United States Attorney, hereby agree that the status conference set for May 27, 2010, be continued for a status conference on June 10, 2010, at 9:00 a.m.  This continuance is requested because counsel for the defendant requires additional time to obtain and review discovery, continue our investigation, and to interview our client and other witnesses.  The defendant in this case consents to this continuance.

      Counsel, along with the defendant agree that the time from the date of this order through June 10, 2010, should be excluded in computing the time within which trial must commence under the Speedy

1  Trial Act, §3161(h)(7)(A)and(B)(iv) and Local Code T4. [reasonable time
2  to prepare].
3  DATED: May 25, 2010                Respectfully submitted,
4                                     DANIEL J. BRODERICK
                                      Federal Defender
5
                                      /S/ Dennis S. Waks
6                                     DENNIS S. WAKS
                                      Supervising Assistant Federal Defender
7                                     Attorney for Defendant
                                      DERRICK KENNEDY
8
9  DATE: May 25, 2010                 BENJAMIN B. WAGNER
                                      United States Attorney
10
11                                    /S/ Dennis S. Waks for
                                      ELLEN ENDRIZZI
12                                    Assistant United States Attorney
13
14
                              **O R D E R**
15
16
   IT IS SO ORDERED.
17
18   Dated: May 26, 2010

19
20                                    _____
                                      MORRISON C. ENGLAND, JR.
21                                    UNITED STATES DISTRICT JUDGE
22
23
24
25
26
27
28

                                    2