```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  DENNIS S. WAKS, Bar #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    DERRICK KENNEDY
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR.S. 09-0488-MCE |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER RE:** |
| | ) | **CONTINUANCE OF STATUS HEARING AND** |
| v. | ) | **FINDINGS OF EXCLUDABLE TIME** |
| | ) | |
| DERRICK KENNEDY, | ) | DATE: July 15, 2010 |
| | ) | TIME: 9:00 a.m. |
| Defendant. | ) | JUDGE: Hon. Morrison C. England Jr. |
| | ) | |
| _____ | ) | |

DERRICK KENNEDY, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, ELLEN ENDRIZZI, Assistant United States Attorney, hereby agree that the status conference set for June 10, 2010, be continued to a status conference on July 15, 2010, at 9:00 a.m.  This continuance is requested because counsel for the defendant requires additional time to obtain and review discovery, continue our investigation, and to interview our client and other witnesses.  The defendant in this case consents to this continuance.

Counsel, along with the defendant agree that the time from the date of this order through July 15, 2010, should be excluded in computing the time within which trial must commence under the Speedy

Trial Act, §3161(h)(7)(A)and(B)(iv) and Local Code T4. [reasonable time to prepare].

DATED: June 8, 2010                Respectfully submitted,

                                         DANIEL J. BRODERICK
                                         Federal Defender

                                         /S/ Dennis S. Waks
                                         DENNIS S. WAKS
                                         Supervising Assistant Federal Defender
                                         Attorney for Defendant
                                         DERRICK KENNEDY

DATE: June 8, 2010                 BENJAMIN B. WAGNER
                                         United States Attorney

                                         /S/ Dennis S. Waks for
                                         ELLEN ENDRIZZI
                                         Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: June 10, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE