DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DERRICK KENNEDY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR.S. 09-0488-MCE |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER RE:** |
| ) | **CONTINUANCE OF STATUS HEARING AND** |
| v. ) | **FINDINGS OF EXCLUDABLE TIME** |
| ) | |
| DERRICK KENNEDY, ) | DATE: August 26, 2010 |
| ) | TIME: 9:00 a.m. |
| Defendant. ) | JUDGE: Hon. Morrison C. England Jr. |
| ) | |
| _____ ) | |

      DERRICK KENNEDY, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, ELLEN ENDRIZZI, Assistant United States Attorney, hereby agree that the status conference set for July 15, 2010, be continued to a status conference on August 26, 2010, at 9:00 a.m.  This continuance is requested because counsel for the defendant requires additional time to obtain and review discovery, continue our investigation, and to interview our client and other witnesses.  The defendant in this case consents to this continuance.

      Counsel, along with the defendant agree that the time from the date of this order through August 26, 2010, should be excluded in computing the time within which trial must commence under the Speedy

1  Trial Act, §§3161(h)(7)(A)and(B)(iv) and Local Code T4. [reasonable
2  time to prepare].

3  DATED: July 13, 2010           Respectfully submitted,

4                                 DANIEL J. BRODERICK
                                  Federal Defender
5
                                  /S/ Dennis S. Waks
6                                 DENNIS S. WAKS
                                  Supervising Assistant Federal Defender
7                                 Attorney for Defendant
                                  DERRICK KENNEDY
8

9  DATE: July 13, 2010            BENJAMIN B. WAGNER
                                  United States Attorney
10

11                                /S/ Dennis S. Waks for
                                  ELLEN ENDRIZZI
12                                Assistant United States Attorney

13

14
                                  **O R D E R**
15

16
   IT IS SO ORDERED.
17

18   Dated: July 13, 2010

19
                                  _____
20                                MORRISON C. ENGLAND, JR.
                                  UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28

                                      2