```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  DENNIS S. WAKS, Bar #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    DERRICK KENNEDY
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )  NO. 2:09-cr-00488-MCE
                                   )
12            Plaintiff,           )  STIPULATION AND ORDER RE:
                                   )  CONTINUANCE OF STATUS HEARING AND
13       v.                        )  FINDINGS OF EXCLUDABLE TIME
                                   )
14  DERRICK KENNEDY,               )  DATE: October 28, 2010
                                   )  TIME: 9:00 a.m.
15            Defendant.           )  JUDGE: Hon. Morrison C. England Jr.
                                   )
16  _____  )
```

17       DERRICK KENNEDY, by and through his counsel, DENNIS S. WAKS,

18  Supervising Assistant Federal Defender, and the United States

19  Government, by and through its counsel, MICHELLE PRINCE, Assistant

20  United States Attorney, hereby agree that the status conference set for

21  August 26, 2010, be continued to a status conference on October 28,

22  2010, at 9:00 a.m.  This continuance is requested because counsel for

23  the defendant requires additional time to obtain and review discovery,

24  continue our investigation, and to interview our client and other

25  witnesses.  The defendant in this case consents to this continuance.

26  ///

27  ///

28  ///

Counsel, along with the defendant agree that the time from the date of this order through October 28, 2010, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, §§3161(h)(7)(A)and(B)(iv) and Local Code T4. [reasonable time to prepare].

DATED: August 25, 2010            Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /S/ Dennis S. Waks
                                        DENNIS S. WAKS
                                        Supervising Assistant Federal Defender
                                        Attorney for Defendant
                                        DERRICK KENNEDY

DATE: August 25, 2010             BENJAMIN B. WAGNER
                                        United States Attorney

                                        /S/ Dennis S. Waks for
                                        MICHELLE PRINCE
                                        Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: August 27, 2010

                                        _____
                                        MORRISON C. ENGLAND, JR.
                                        UNITED STATES DISTRICT JUDGE