1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DENNIS S. WAKS, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   DERRICK KENNEDY

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

   UNITED STATES OF AMERICA,        )  NO. 2:09-cr-00488-MCE
11                                   )
                   Plaintiff,        )  **AMENDED STIPULATION AND ORDER RE:**
12                                   )  **CONTINUANCE OF STATUS HEARING AND**
             v.                      )  **FINDINGS OF EXCLUDABLE TIME**
13                                   )
   DERRICK KENNEDY,                  )  DATE:  December 9, 2010
14                                   )  TIME:  9:00 a.m.
                   Defendant.        )  JUDGE: Hon. Morrison C. England Jr.
15                                   )
   _____   )
16

17        DERRICK KENNEDY, by and through his counsel, DENNIS S. WAKS,

18  Supervising Assistant Federal Defender, and the United States

19  Government, by and through its counsel, MICHELE PRINCE, Assistant

20  United States Attorney, hereby agree that the status conference set for

21  October 27, 2010, be continued to a status conference on December 9,

22  2010, at 9:00 a.m.  This continuance is requested because counsel for

23  the defendant requires additional time to obtain and review discovery,

24  continue our investigation, and to interview our client and other

25  witnesses.  The defendant in this case consents to this continuance.

26  ///

27  ///

28  ///

1    Counsel, along with the defendant agree that the time from the

2  date of this order through December 9, 2010, should be excluded in

3  computing the time within which trial must commence under the Speedy

4  Trial Act, §§3161(h)(7)(A)and(B)(iv) and Local Code T4. [reasonable

5  time to prepare].

6  DATED: October 25, 2010          Respectfully submitted,

7                                   DANIEL J. BRODERICK
                                    Federal Defender
8
                                    /S/ Dennis S. Waks
9                                   DENNIS S. WAKS
                                    Supervising Assistant Federal Defender
10                                  Attorney for Defendant
                                    DERRICK KENNEDY
11

12  DATE: October 25, 2010          BENJAMIN B. WAGNER
                                    United States Attorney
13

14                                  /S/ Dennis S. Waks for
                                    MICHELE PRINCE
15                                  Assistant United States Attorney

16

17                               **O R D E R**

18

19
        IT IS SO ORDERED.
20

21
    Dated: October 28, 2010
22

23

24                               MORRISON C. ENGLAND, JR.
                                 UNITED STATES DISTRICT JUDGE
25

26

27

28

                                 2