```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DERRICK KENNEDY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 2:09-cr-0488-MCE |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER RE:** |
| ) | **CONTINUANCE OF STATUS HEARING AND** |
| v. ) | **FINDINGS OF EXCLUDABLE TIME** |
| ) | |
| DERRICK KENNEDY, ) | DATE:  January 13, 2011 |
| ) | TIME:  9:00 a.m. |
| Defendant. ) | JUDGE: Hon. Morrison C. England Jr. |
| ) | |
| _____ ) | |

     DERRICK KENNEDY, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, MICHELLE PRINCE, Assistant United States Attorney, hereby agree that the status conference set for December 9, 2010, be continued to a status conference on January 13, 2011, at 9:00 a.m.  This continuance is requested because counsel for the defendant requires additional time to obtain and review discovery, continue our investigation, and to interview our client and other witnesses.  The defendant in this case consents to this continuance.

     Counsel, along with the defendant agree that the time from the date of this order through January 13, 2011, should be excluded in computing the time within which trial must commence under the Speedy

Trial Act, §§3161(h)(7)(A)and(B)(iv) and Local Code T4. [reasonable time to prepare].

DATED: December 6, 2010            Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

                                          /S/ Dennis S. Waks
                                          DENNIS S. WAKS
                                          Supervising Assistant Federal Defender
                                          Attorney for Defendant
                                          DERRICK KENNEDY

DATE: December 6, 2010             BENJAMIN B. WAGNER
                                          United States Attorney

                                          /S/ Dennis S. Waks for
                                          MICHELLE PRINCE
                                          Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: December 7, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2