DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DERRICK KENNEDY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 2:09-cr-00488-MCE |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER RE:** |
| | ) **CONTINUANCE OF STATUS HEARING AND** |
| v. | ) **FINDINGS OF EXCLUDABLE TIME** |
| DERRICK KENNEDY, | ) DATE:  March 3, 2011 |
| | ) TIME:  9:00 a.m. |
| Defendant. | ) JUDGE: Hon. Morrison C. England Jr. |

DERRICK KENNEDY, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, MICHELLE PRINCE, Assistant United States Attorney, hereby agree that the status conference set for January 13, 2011, be continued to a status conference on March 3, 2011, at 9:00 a.m.  This continuance is requested because counsel for the defendant requires additional time to obtain and review discovery, continue our investigation, and to interview our client and other witnesses.  The defendant in this case consents to this continuance.

///

///

///

Counsel, along with the defendant agree that the time from the date of this order through March 3, 2011, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, §§3161(h)(7)(A)and(B)(iv) and Local Code T4. [reasonable time to prepare].

DATED: January 11, 2011            Respectfully submitted,

                                   DANIEL J. BRODERICK
                                   Federal Defender

                                   /S/ Dennis S. Waks
                                   DENNIS S. WAKS
                                   Supervising Assistant Federal Defender
                                   Attorney for Defendant
                                   DERRICK KENNEDY

DATE: January 11, 2011             BENJAMIN B. WAGNER
                                   United States Attorney

                                   /S/ Dennis S. Waks for
                                   MICHELLE PRINCE
                                   Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: January 13, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE