```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DERRICK KENNEDY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR.S. 09-0488-MCE |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER RE:** |
| ) | **CONTINUANCE OF STATUS HEARING AND** |
| v. ) | **FINDINGS OF EXCLUDABLE TIME** |
| ) | |
| DERRICK KENNEDY, ) | DATE: April 14, 2011 |
| ) | TIME: 9:00 a.m. |
| Defendant. ) | JUDGE: Hon. Morrison C. England Jr. |
| ) | |
| _____ ) | |

      DERRICK KENNEDY, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, MICHELLE PRINCE, Assistant United States Attorney, hereby agree that the status conference set for March 3, 2011, be continued to a status conference on April 14, 2011, at 9:00 a.m.  This continuance is requested because counsel for the defendant requires additional time to obtain and review discovery, continue our investigation, and to interview our client and other witnesses.  The defendant in this case consents to this continuance.

      Counsel, along with the defendant agree that the time from the date of this order through April 14, 2011, should be excluded in computing the time within which trial must commence under the Speedy

1  Trial Act, §§3161(h)(7)(A)and(B)(iv) and Local Code T4. [reasonable
2  time to prepare].

3  DATED: March 1, 2011                Respectfully submitted,

4                                      DANIEL J. BRODERICK
                                       Federal Defender
5
                                       /S/ Dennis S. Waks
6                                      DENNIS S. WAKS
                                       Supervising Assistant Federal Defender
7                                      Attorney for Defendant
                                       DERRICK KENNEDY
8

9  DATE: March 1, 2011                 BENJAMIN B. WAGNER
                                       United States Attorney
10

11                                     /S/ Dennis S. Waks for
                                       MICHELLE PRINCE
12                                     Assistant United States Attorney

13

14
                                       **O R D E R**
15

16
   IT IS SO ORDERED.
17

18
    Dated: March 2, 2011
19

20                                     _____
                                       MORRISON C. ENGLAND, JR.
21                                     UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

                                       2