1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DENNIS S. WAKS, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   DERRICK KENNEDY
6

7
                IN THE UNITED STATES DISTRICT COURT
8
                FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,    )  NO. CR.S. 09-0488-MCE
11                              )
              Plaintiff,        )  **STIPULATION AND ORDER RE:**
12                              )  **CONTINUANCE OF STATUS HEARING AND**
        v.                      )  **FINDINGS OF EXCLUDABLE TIME**
13                              )
   DERRICK KENNEDY,             )  DATE:  September 1, 2011
14                              )  TIME:  9:00 a.m.
              Defendant.        )  JUDGE: Hon. Morrison C. England Jr.
15                              )
   _____ )
16

17       DERRICK KENNEDY, by and through his counsel, DENNIS S. WAKS,
18  Supervising Assistant Federal Defender, and the United States
19  Government, by and through its counsel, MICHELLE PRINCE, Assistant
20  United States Attorney, hereby agree that the status conference set for
21  July 28, 2011, be continued to a status conference on September 1,
22  2011, at 9:00 a.m.  This continuance is being requested because counsel
23  for the defendant requires additional time to obtain and review
24  discovery, continue our investigation, and to interview our client and
25  other witnesses.  The parties in this case are attempting to reach a
26  negotiated disposition.  The defendant in this case consents to this
27  continuance.
28  ///

1 | Counsel, along with the defendant agree that the time from the
2 | date of this order through September 1, 2011, should be excluded in
3 | computing the time within which trial must commence under the Speedy
4 | Trial Act, §§3161(h)(7)(A)and(B)(iv) and Local Code T4. [reasonable
5 | time to prepare].

DATED: July 25, 2011          Respectfully submitted,

                              DANIEL J. BRODERICK
                              Federal Defender

                              /S/ Dennis S. Waks
                              DENNIS S. WAKS
                              Supervising Assistant Federal Defender
                              Attorney for Defendant
                              DERRICK KENNEDY

DATE: July 25, 2011           BENJAMIN B. WAGNER
                              United States Attorney

                              /S/ Dennis S. Waks for
                              MICHELLE PRINCE
                              Assistant United States Attorney

2

**O R D E R**

It is ordered that the July 28, 2011, status conference shall be continued until September 1, 2011, at 9:00 a.m.  It is further ordered that the time from the date of the parties' stipulation, July 25, 2011, to and including September 1, 2011, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and T4 (reasonable time for both counsel to prepare).

IT IS SO ORDERED.

Dated: July 28, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3