```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DERRICK KENNEDY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR.S. 09-0488-MCE |
| Plaintiff, | **AMENDED STIPULATION AND ORDER RE: CONTINUANCE OF STATUS HEARING AND FINDINGS OF EXCLUDABLE TIME** |
| v. | |
| DERRICK KENNEDY, | DATE: October 13, 2011 |
| Defendant. | TIME: 9:00 a.m. |
| | JUDGE: Hon. Morrison C. England Jr. |

DERRICK KENNEDY, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, MICHELLE PRINCE, Assistant United States Attorney, hereby agree that the status conference set for September 1, 2011, be continued to a status conference on October 13, 2011, at 9:00 a.m.  This continuance is being requested because counsel for the defendant requires additional time to obtain and review discovery, continue our investigation, and to interview our client and other witnesses.  The parties in this case are attempting to reach a negotiated disposition.  The defendant in this case consents to this continuance.

Counsel, along with the defendant agree that the time from the

date of this order through October 13, 2011, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, §§3161(h)(7)(A)and(B)(iv) and Local Code T4. [reasonable time to prepare].

The Court finds that the ends of justice to be served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: August 31, 2011         Respectfully submitted,

                               DANIEL J. BRODERICK
                               Federal Defender

                               /S/ Dennis S. Waks
                               DENNIS S. WAKS
                               Supervising Assistant Federal Defender
                               Attorney for Defendant
                               DERRICK KENNEDY

DATE: August 31, 2011          BENJAMIN B. WAGNER
                               United States Attorney

                               /S/ Dennis S. Waks for
                               MICHELLE PRINCE
                               Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: September 7, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2