```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DERRICK KENNEDY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DERRICK KENNEDY, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | NO. CR.S. 09-0488-MCE <br><br> **STIPULATION AND ORDER RE: CONTINUANCE OF STATUS HEARING AND FINDINGS OF EXCLUDABLE TIME** <br><br> DATE: December 1, 2011 <br> TIME: 9:00 a.m. <br> JUDGE: Hon. Morrison C. England Jr. |

DERRICK KENNEDY, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, MICHELLE PRINCE, Assistant United States Attorney, hereby agree that the status conference set for October 13, 2011, be continued to a status conference on December 1, 2011, at 9:00 a.m.  This continuance is being requested because counsel for the defendant requires additional time to obtain and review discovery, continue our investigation, and to interview our client and other witnesses.  The parties in this case are attempting to reach a negotiated disposition.  The defendant in this case consents to this continuance.

///

1     Counsel, along with the defendant agree that the time from the
2 date of this order through December 1, 2011, should be excluded in
3 computing the time within which trial must commence under the Speedy
4 Trial Act, §§3161(h)(7)(A)and(B)(iv) and Local Code T4. [reasonable
5 time to prepare].
6     The Court finds that the ends of justice to be served by granting
7 a continuance outweigh the best interest of the public and the
8 defendant in a speedy trial.

11 DATED: October 11, 2011    Respectfully submitted,

12     DANIEL J. BRODERICK
    Federal Defender

14     /S/ Dennis S. Waks
    DENNIS S. WAKS
    Supervising Assistant Federal Defender
15     Attorney for Defendant
    DERRICK KENNEDY

17 DATE: October 11, 2011    BENJAMIN B. WAGNER
    United States Attorney

19     /S/ Dennis S. Waks for
    MICHELLE PRINCE
20     Assistant United States Attorney

2

**O R D E R**

GOOD CAUSE APPEARING, pursuant to the stipulation of the parties, and specifically because this Court finds that the ends of justice served by granting a continuance in this case outweigh the best interest of the public and the defendant in a speedy trial, the October 13, 2011 hearing is vacated and the matter is re-set for status conference on December 1, 2011 at 9:00am.  Time from the date of this Order through December 1, 2011 is excluded from the Speedy Trial Act.

IT IS SO ORDERED.

Dated: October 13, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3