1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DENNIS S. WAKS, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   DERRICK KENNEDY

                 IN THE UNITED STATES DISTRICT COURT

                FOR THE EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,   )   NO. 2:09-cr-00488-MCE
                            )
         Plaintiff,         )   **STIPULATION AND ORDER RE:**
                            )   **CONTINUANCE OF STATUS HEARING AND**
      v.                    )   **FINDINGS OF EXCLUDABLE TIME**
                            )
DERRICK KENNEDY,            )   DATE:  February 2, 2012
                            )   TIME:  9:00 a.m.
         Defendant.         )   JUDGE: Hon. Morrison C. England Jr.
                            )
_____ )

    DERRICK KENNEDY, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, MICHELLE PRINCE, Assistant United States Attorney, hereby agree that the status conference set for December 1, 2011, be continued to a status conference on February 2, 2012, at 9:00 a.m.  This continuance is being requested because counsel for the defendant requires additional time to obtain and review discovery, continue our investigation, and to interview our client and other witnesses.  The parties in this case are attempting to reach a negotiated disposition.  The defendant in this case consents to this continuance.

///

1    Counsel, along with the defendant agree that the time from the
2 date of this order through February 2, 2012, should be excluded in
3 computing the time within which trial must commence under the Speedy
4 Trial Act, §§3161(h)(7)(A)and(B)(iv) and Local Code T4. [reasonable
5 time to prepare].
6    The parties believe that the ends of justice to be served by
7 granting a continuance outweigh the best interest of the public and the
8 defendant in a speedy trial.
9 DATED: November 29, 2011        Respectfully submitted,
10                                 DANIEL J. BRODERICK
                                   Federal Defender
11
                                   /S/ Dennis S. Waks
12                                 DENNIS S. WAKS
                                   Supervising Assistant Federal Defender
13                                 Attorney for Defendant
                                   DERRICK KENNEDY
14
15 DATE: November 29, 2011         BENJAMIN B. WAGNER
                                   United States Attorney
16
17                                 /S/ Dennis S. Waks for
                                   MICHELLE PRINCE
18                                 Assistant United States Attorney
19
20
21
22
23
24
25
26
27
28

2

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.  Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.  Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation through and including February 2, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4.  A new status conference date is hereby set for February 2, 2012, at 9:00 a.m..

Dated: December 6, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3